| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WEABER, INC., | : | Case No. 25-02167-HWV |
| | : | |
| Debtor. | : | Adv. Pro. No. 25-00070-HWV |
| | : | |
| WEABER, INC., Debtor-In-Possession, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES CAFIERO d/b/a NEPTUNE LUMBER & WOODWORKING AND CARDIN FOREST PRODUCTS, LLC, | : : : | |
| | : | |
| Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Kate Deringer Sallie ("Movant") hereby moves for the admission *pro hac vice* of Logan C. Threadgill, Esq. of Chambliss, Bahner & Stophel, P.C. ("Chambliss"), pursuant to M.D. Pa. R. Bankr P. 2090-1(b), and, in support of this Motion, Movant states as follows:

1. Logan C. Threadgill is a partner at Chambliss, a law firm with offices at Liberty Tower, Suite 1700, 605 Chestnut Street, Chattanooga, Tennessee 37450, who is proposed counsel to Defendant Cardin Forest Products, LLC ("Cardin""") in this chapter 11 case. Mr. Threadgill has been a member in good standing of the bars of the State of Tennessee since 2015 and State of Georgia since 2023, the United States District Court for the Eastern District of Tennessee since 2016, the United States District Court the United States District Court for the Middle District of Tennessee since 2019, the United States Bankruptcy Court for the Eastern District of Tennessee since 2022, and the United States District Court for the Northern District of Georgia since 2026, and is not subject to pending disciplinary proceedings in any jurisdiction.

2.     Movant is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of Delaware, and is admitted to practice before the United States District Court for the District of Delaware and the United States District Courts for the Middle, Eastern and Western Districts of Pennsylvania.  Movant hereby moves for the admission *pro hac vice* of Logan C. Threadgill in the above-captioned bankruptcy case and in matters related thereto.

WHEREFORE, Movant respectfully requests that this Court enter an Order permitting Logan C. Threadgill to appear *pro hac vice*, pursuant to M.D. Pa. R. Bankr. P. 2090-1(b).

Respectfully Submitted,

PILLAR+AUGHT

DATED: February 3, 2026

By:  */s/ Kate Deringer Sallie*
Kate Deringer Sallie
Attorney I.D. No. 208116
ksallie@pillaraught.com
4201 E. Park Circle
Harrisburg, PA 17111
(717) 308-9910

*Proposed Counsel for Defendant*
*Cardin Forest Products, LLC*

29687_00/25001/LCT-4922-4112-8843_2

## **CERTIFICATION**

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 of the attached Motion, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: */s/ Logan C. Threadgill*
      Logan C. Threadgill (BPR: 034470)
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, Tennessee 37450
Telephone: (423) 756-3000
Facsimile: (423) 508-1267
Email: lthreadgill@chamblisslaw.com

29687_00/25001/LCT-4922-4112-8843_2

## CERTIFICATE OF SERVICE

I Kate Deringer Sallie, hereby certify that on the 3rd day of February, 2026, I caused a true and correct copy of the Motion for Admission *Pro Hac Vice* to be served via the Court's CM/ECF electronic filing system.

/s/ Kate Deringer Sallie
Kate Deringer Sallie

29687_00/25001/LCT-4922-4112-8843_2