# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| WEABER, INC., | : | |
| | : | Case No. 1:25-bk-02167-HWV |
| Debtor. | : | |
| | : | Adv. Pro. No. 1:25-ap-00070-HWV |
| WEABER, INC., Debtor-In-Possession, | : | |
| Plaintiff, | : | |
| v. | : | |
| CHARLES CAFIERO d/b/a NEPTUNE LUMBER & WOODWORKING AND CARDIN FOREST PRODUCTS, LLC, | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Logan C. Threadgill (the "Motion"), Doc. 10, it is

**ORDERED** that the Motion is **GRANTED** and Logan C. Threadgill is admitted *pro hac vice* in the above-captioned matter (and in matters related thereto), pursuant to Local Rule 2090-1(b).

By the Court,

*Henry W. Van Eck* (signature)

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 3, 2026